**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CARLOS WILLIAMS,

       Plaintiff,

                                      Civil Case Number: 06-11312

v.

                                      DIST. JUDGE PAUL D. BORMAN

DEBORAH A. REIS, et al.,              MAG. JUDGE R. STEVEN WHALEN

       Defendant.

_____ /

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND**
**RECOMMENDATION IN FAVOR OF DENYING DEFENDANTS' MOTION**
**TO DISMISS FOR FAILURE TO ESTABLISH EXHAUSTION OF ADMINISTRATIVE**
**REMEDIES (DOCK. NO. 27)**

      Before the Court is the Magistrate Judge's February 23, 2007 Report and Recommendation in favor of granting Defendants' Motion to Dismiss for Failure to Establish Exhaustion of Administrative Remedies.  Plaintiff has not filed objections to the Report and Recommendation.  Accordingly, having reviewed that Report and Recommendation, the Court enters as its findings and conclusions the Report and Recommendation DENYING Defendants' Motion to Dismiss for Failure to Establish Exhaustion of Administrative Remedies.

      **SO ORDERED.**

                                              s/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:  March 29, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 29, 2007.

                                                s/Denise Goodine
                                                Case Manager