**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CARLOS WILLIAMS,

       Plaintiff,

                                   Civil Case Number: 06-11312

v.

                                   DIST. JUDGE PAUL D. BORMAN

DEBORAH A. REIS, et al.,          MAG. JUDGE R. STEVEN WHALEN

       Defendant.

_____ /

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND**
**RECOMMENDATION IN FAVOR OF DENYING PLAINTIFF'S MOTION**
**FOR SUMMARY JUDGMENT (DOCK. NO. 28)**

     Before the Court is the Magistrate Judge's February 27, 2007 Report and Recommendation in favor of denying Plaintiff's Motion for Summary Judgment.  Having reviewed that Report and Recommendation, and Plaintiff's objections thereto, the Court enters as its findings and conclusions the Report and Recommendation DENYING Plaintiff's Motion for Summary Judgment.

       **SO ORDERED.**

                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated:  March 29, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 29, 2007.

                                              s/Denise Goodine
                                              Case Manager