UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CARLOS WILLIAMS #214952,

      Plaintiff,                               No.2:06-cv-11312

v                                               Hon. Paul D. Borman
                                                 Mag. R. Steven Whalen

DEBORAH RIES, CYNTHIA ACKER,
PENNY LANDRUM, and LARRY McMILAN

      Defendants.

| Carlos Williams (#214952) | Cori Barkman (P61470) |
|---|---|
| *In Pro Per* | Attorney for MDOC Defendants |
| Bellamy Creek Correctional Facility | Corrections Division |
| 1727 West Bluewater Highway | P.O. Box 30217 |
| Ionia, MI 48846 | Lansing, MI 48909 |

## **ORDER**

    Defendants having filed a Motion for Leave to Take Deposition of Carlos Williams (#214952), either in person or by telephone pursuant to Fed R Civ P 30(a), and the Court having dispensed with oral argument for the reason that the *pro se* Plaintiff is confined in prison,

    IT IS ORDERED that Defendants' Motion be and is hereby GRANTED.


                                        S/R. Steven Whalen
                                        R. STEVEN WHALEN
                                        UNITED STATES MAGISTRATE JUDGE

Dated: August 6, 2007


### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 6, 2007.


                                        S/Gina Wilson
                                        Judicial Assistant