UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLOS WILLIAMS,

    Plaintiff,

 v.

Civil No. 06-11312

HON. PAUL D. BORMAN

DEBORAH RIES et al.,

    Defendants.

_____/

**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME
TO FILE OBJECTIONS**

Plaintiff, filed a request for extension of time to file objections to the Magistrate Judge's Report and Recommendation, and the Court, being advised in the premises, hereby **GRANTS** plaintiff's motion.

Therefore, **IT IS ORDERED**, that plaintiff shall file his objections no later than **October 19, 2007.**

                                      s/Paul D. Borman
                                      PAUL D. BORMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: October 12, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on October 12, 2007.

                                      s/Denise Goodine
                                      Case Manager