**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CARLOS WILLIAMS,

       Plaintiff,                            CASE NO. 06-CV-11312

-vs-                                     PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

DEBORAH RIES, et al.,

       Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
IN FAVOR OF DENYING PLAINTIFF'S MOTION FOR A TEMPORARY
RESTRAINING ORDER**

Before the Court is the Magistrate Judge's August 31, 2007, Report and Recommendation in favor of denying Plaintiff's request for entry of a Temporary Restraining Order. (Doc. No. 51). On October 12, 2007, Plaintiff filed a "response" to the Report and Recommendation which requested the Court accept the Magistrate Judge's recommendation. (Doc. No. 58).

Having reviewed that Report and Recommendation, and there being no objections from either party, the Court hereby;

    (1)    **ADOPTS** the Magistrate Judge's Report and Recommendation **DENYING** Plaintiff's Motion for a Temporary Restraining Order.

**SO ORDERED.**

                                                  s/Paul D. Borman
                                                  PAUL D. BORMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: January 11, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 11, 2008.

                                                  s/Denise Goodine
                                                  Case Manager